# THE MARKS LAW FIRM, P.C.

December 5, 2019

<u>Via: ECF</u>
Honorable Katherine Polk Failla
United States District Judge
United States Courthouse
40 Foley Square, Courtroom 618
New York, New York 10007



        **RE:**    **Eugene Duncan v. Southampton Village Motel, Inc**
                Docket: 1:19-cv-07165-KPF

Dear Judge Failla,

    Plaintiff respectfully requests an adjournment of the initial conference in the above referenced matter currently scheduled for December 9, 2019.

    To date, Defendant Southampton Village Motel, Inc has not contacted Plaintiff, appeared, answered or otherwise moved in the above referenced matter. Therefore, Plaintiff requests an additional thirty (30) days to make additional attempts to contact Defendant. If Defendant fails to appear, answer or otherwise move, Plaintiff will move for default. This is the second request of its kind.

    We thank you and the Court for its time and consideration on this matter.

                                                       Respectfully Submitted,

                                                       The Marks Law Firm, P.C.

                                        By:_____
                                                   Bradly G. Marks

175 Varick Street, 3rd FL, New York, New York 10014
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com

Application GRANTED. The initial pre-trial conference currently scheduled for December 9, 2019, is hereby ADJOURNED to January 9, 2020, at 11:00 a.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated: December 5, 2019    SO ORDERED.
       New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE