UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EUGENE DUNCAN, Plaintiff, -v.- SOUTHAMPTON VILLAGE MOTEL, INC., Defendant. | 19 Civ. 7165 (KPF) ORDER |

KATHERINE POLK FAILLA, District Judge:

On December 5, 2019, the Court adjourned the initial pretrial conference scheduled for December 9, 2019, to January 9, 2020, to afford Plaintiff additional time to attempt to contact Defendant, which had yet to appear in this proceeding. (Dkt. #10). On January 3, 2020, Plaintiff filed a proposed Clerk's Certificate of Default. (Dkt. #11). The Clerk of Court issued a Certificate of Default that same day. (Dkt. #13). In light of this, the initial pretrial conference currently scheduled for January 9, 2020, is ADJOURNED *sine die*. Plaintiff shall file his default judgment papers on or before January 24, 2020.

SO ORDERED.

Dated: January 6, 2020
New York, New York

KATHERINE POLK FAILLA
United States District Judge