UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EUGENE DUNCAN,<br><br>                Plaintiff,<br><br>                -v.-<br><br>SOUTHAMPTON VILLAGE MOTEL, INC.,<br><br>                Defendant. | 19 Civ. 7165 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

      Plaintiff's counsel is hereby ORDERED to be prepared to make an oral application for attorneys' fees during the hearing concerning the Court's Order to Show Cause Why a Default Judgment Should Not Be Entered, currently scheduled for February 26, 2020, at 11:00 a.m. in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007. The Court expects that Plaintiff's counsel will provide the billing record in this matter, the hourly rate sought, and information concerning counsel's experience to justify that billing rate.

SO ORDERED.

Dated:    February 21, 2020
             New York, New York

                                                    KATHERINE POLK FAILLA
                                                    United States District Judge